# UNITED STATES DISTRICT COURT: western district court of (charlotte division)

FILED
CHARLOTTE, NC

MAY 08 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Qwan, Brimmer, JR
Plaintiff,

VS.

Civil Rights
Complaint

**Case No: 1:26-cv-134-FDW**

Defendants:

Lieutenant "George" LN, unknown
Corpral "Hensley" FN, unknown
C/O "Silvers" FN, unknown
C/O "Corey" LN, unknown
C/O "Jessie" LN, unknown
C/O "Shelton" LN, unknown
C/O "Chealse" LN, unknown
C/O "Amanda" LN, unknown

## Introduction

This is a civil rights action filed by Qwan, Brimmer, JR, A Juvenile Offender that was housed at madison county Jail against Madison county Officer's for damages and injactive relief under 42 U.S.C 1983, acting under the color of state law, with excessive force, inhumane living conditions, and mental and emotional distress in violation of the (5) fifth and (14) fourteenth Amendment's to the united states constitution. This court has Jurisdiction under 42 U.S.C 1331 (1) and 1343.

1. The Plaintiff, I, Qwan Brimmer JR, was incarcerated At Madison County Jail in Marshall NC during events described in this Complaint.

2. At All time's in this Complaint all defendants are being Sued in their Individual and Official Capasity.

3. Defendant's, "Corey", "Silvers", "Shelton", "Jessie", "Amanda, and "Chealse" are all Correctional Officer's Employed at Madison County Jail at all times mentioned in this Complaint.

4. Defendant "Gorge" is a Correctional lieutenant in Charge at Madison County Jail at all times Mentioned in this Complaint.

5. Defendant "Hensley" is a Correctional Corpral at all times Mentioned in this Complaint.

6. All defendants have acted and continue to act under the color of State law at all times mentioned in this Complaint.

# COMPLAINT FACT'S

1. At all times mentioned in this complaint, I, Qwan, Brimmer, JR, Plaintiff, was a Juvenile Offender, Age 16 and 17 years Old.

2. The events described herein Occured While I was housed as a Juvenile Offender in the Madison County Jail in Marshall North Carolina.

3. The events described herein happend Over a (2) two year Period from April, 2023, Until January, 2nd, 2025. (When I turned (18) eighteen years Old and was transfered as a hound over to Mecklenburg County Jail.)

4. While housed at Madison County Jail I was Subjected to Multiple forms Of abuse in the forms Of, Verbal, emotional, and Physical.

5. The events described herein were recorded On camera.

6. One specific event involved Officer first name "Corey" last name unknown and Corpral last name "Hensley" first name unknown (White male). While I was being verbally abuse in Bravo Pod's day room by both "Hensley" and "Corey" in the form Of very Obscene Profanity Officer "Corey" tried to disincrate my shower

My shoulder while Officer "Hensley" used his "OC spray" (pepper spray) to burn my eyes, face, and neck area. This is one of many incidents where harm was inflicted upon me with malicious intent for no other reason than to cause me harm.

7. I, Plaintiff was subjected to inhumane living conditions on several occasions, after being placed in a small detoix cell with a number of other Juveniles that had mold on the walls, feces and urine fumes that were so strong I could hardly breathe at times, also there was an uncovered hole in the floor that I had to use the bathroom in and wait for the officer's to flush from the outside of the cell as punishment.

8. As a result of these incidents, I, Qwan Brimmer, JR, Plaintiff has suffered mental and emotional distress and have been diagnosed by my tharipist at Madison County with Post tramatic Stress disorder.

9. I, Plaintiff was seen by the tharipist by the name of "Carl" during my whole stay at madison county to talk about my mental and emotional distress I was also put on medication.

10. At all times mentioned in this complaint Officer "George" was in charge, knew about this unsatisfactory living condition in the small, crowded, molded cell and issued the orders to place me in the inhumane cell.

11. At least once upon orders from "George" Officer "Jessie" knowingly placed me in the inhumane cell.

12. At least on one occasion upon orders from Officer "Shelton" Officer "Silvers" took my Matress while I was inside the inhumane cell where Officer "Silvers" pointed his Stungun (taser) at my head and made me sleep on the urine and feces infested floor of the inhumane cell for days at a time.

13. At least on one occasion Officer "Amanda" watched me being physically attacked by Officer "Corey" and Corpral "Hensley" and she did-not intervene or try to stop the attack.

14. At least on one occasion while I was in the inhumane cell Officer "Chealse" opened the cell door and filled the whole cell with "OC Spray" with Officer "Corey" at her side with me inside the inhumane cell and made me sit inside it burning and not being able to breathe.



(Pg: 6 Of 11)

15. On multiple occasions I was denied requested medical attention for my injuries.

16. On atleast two occasions after I was transfered to meclenburg county Jail, Once in meclenburg county Jail another in Tabor City Correctional, I was interviewed by the DISABILITY RIGHT'S Of NORTh CAROLINa Organization about the treatment and living conditions Of Juvenile's At madison County Jail, and based on thoese interviews, Conditions were so bad that all Juveniles were removed from madison county Jail.

# LEGAL ARGUMENT

1. At the times of these events their was no grievance system that I, Plaintiff, Could use that would provide a remedy pursuant to the prisoner litigation reform act, And (ROSS V. Blake 578 U.S 632, 136 S.C.t 1850 (2016))

2. The Due PROCess CLAUSE of the fourteenth amendment protects Pre-trail detainees from excessive force while in jail. (united States V. COBB, 905 f. 2d 784 (4th cir. 1990)

3. As a citzen of the united States, I have a right not to be deprived of my life, liberty, or property without due process of Law (5th amendment)

4. Plaintiff asserts these rights were violated on multiple occasions and specifically his 5th amendment when he was placed in the crowded, molded, foul smelling cell without any kind of incident report, or 24 hour notice of any violation. (wolff V. Mcdonnell, 418 U.S. 539, 563-566 (1974))

5. Plaintiff asserts these rights were violated on multiple occasions and that excessive force was applied at least twice in violation of the fourteenth amendment. (united States V. COBb, 905 f. 2d 784 (4th cir. 1990); through and in violation of King US. Blakenship, 636 F. 2d 70, 73 (4th cir. 1980))

Case 1:26-cv-00134-FDW    Document 1    Filed 05/08/26    Page 7 of 11

6. The fourteenth Amendment Provides equal Protection of the laws as a Citizen I have a right to these Protection's "under the law inmates must be treated humanley and Provided with the basic necessities of life such as food, shelter, health care, and personal security." (Hutton US. Finney, 437 u.s. 678, 685 (1978)); (Wilson US. Seiter, 501 u.s. 294, 297 (1991))

7. Plaintiff asserts that defendents violated clearly established Statutory and constitutional rights of which A reasonable Person would have known. (HARLOW V. fitzgerald 457 u.s. 800, 818, 102 S.Ct. 2727, 2738 (1982))

# RELIEF SOUGHT

1. I, Qwan Brimmer JR, Plaintiff am suing the defendants both sevrally and Jointly and Now seek the following relief from the Court.

(A) Compsentory damages of $1,000,000.00 (one million dollars) for the use of excessive force and innumane living coditions of a Juvenile, over a two year period in violation of the united States constitution 5th and 14th Amendments.

And

(B) Punitive damages of $500,000.00 (five hundred thousand dollars) for the tramatic Impact, and the mental and emotional distress.

Qwan Brimmer JR
X Qwan Brimmer JR
(Mountain View Correctional)
545 Amity Parm RD, Spruce Pine
North Carolina, 28777

# VERICATION

I, Qwan Brimmer JR, Plaintiff hereby verify that the enclosed Complaint is true and correct to the best of my ability, and the things alleged upon Imformation I belive them to be also true.

Qwan Brimmer JR
X Qwan Brimmer JR

(Mountain View Correctional)
545 Amity Park RD, Spruce
Pine, NC 28777

# CERTIFICATE Of Service

I, Qwan Brimmer JR, certify that this civil complaint was sent to the Clerk Of Court at the western district, Of NC, in Charlotte At 401 west trade street, Room 1200 Charlotte NC, 28202. On April, 30th, Of year 2026.

4/30/2026

Qwan Brimmer JR
X Qwan Brimmer JR
(Mountain View correctional)
545 Amity Park RD, Spruce Pine, NC 28777